| STATE OF LOUISIANA | * | NO. 2023-K-0227 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| SEANDELL COLLINS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |

* * * * * * *

APPLICATION FOR WRITS DIRECTED TO
CRIMINAL DISTRICT COURT ORLEANS PARISH
NO. 538-273, SECTION "SECTION E"
Judge Rhonda Goode-Douglas,
* * * * * *
**Judge Paula A. Brown**
* * * * * *
**ON APPLICATION FOR REHEARING**


(Court composed of Chief Judge Terri F. Love, Judge Rosemary Ledet, Judge
Paula A. Brown)

Jason R. Williams
District Attorney
Brad Scott
Assistant District Attorney
Chief of Appeals
ORLEANS PARISH
619 S. White Street
New Orleans, Louisiana 70119

      COUNSEL FOR STATE OF LOUISIANA/RESPONDENT

Seandell Collins # 743079
Plaquemines Parish Detention Center
P.O. Box 67
Point-A'LA-Hache, Louisiana 70082

      PRO SE DEFENDANT/RELATOR


                       **REHEARING DENIED;**
    **LIMITED RECONSIDERATION GRANTED;**
                             **WRIT DENIED**
                           **MAY 17, 2023**

Relator, Seandell Collins, petitions this Court for a rehearing of our April 27, 2023 decision, which denied Relator's application for supervisory review of the district court's denial of Relator's motion to correct illegal sentence and a subsequent motion to reconsider. Our denial was based upon the showing made, that is, that Relator failed to comply with an order to timely supplement his application for supervisory review. We note that in accordance with Uniform Rule 2—18.7, this Court may not grant a rehearing for the denial of a writ application. Notwithstanding, considering the litigant in the instant matter is *pro se* and has now included all documents previously requested by this Court, in the interest of fairness we grant reconsideration of his previous writ application for the limited purpose of addressing Relator's claim that the district court failed to orally pronounce a sentence.

Our review of the record before us makes the issue quite clear. On March 19, 2019, Relator appeared for trial in Section "E" of the criminal district court for Orleans Parish before the Honorable Keva Landrum. Relator was represented by counsel and, pursuant to a plea agreement with the Orleans Parish district

1

attorney's office, Relator entered guilty pleas for the felony charge of aggravated assault with a firearm and domestic abuse battery, which was amended to a misdemeanor charge. After the district court questioned whether Relator understood the terms of the plea agreement, the following was asked of Relator:

> **THE COURT:**
> And do you understand the sentence you're going to receive today will be ten (10) years, Department of Corrections, suspended, three (3) years active probation, as to the aggravated assault? As to the DV battery, six (6) months Orleans Justice Center, suspended, six (6) months inactive, to run concurrent with each other?
>
> **THE DEFENDANT, SEANDELL COLLINS:**
> Yes.

Accordingly, we find Relator's claim to be without merit.

Therefore, for the foregoing reasons, we grant reconsideration for the limited purpose of addressing Relator's claim that the district court failed to orally pronounce a sentence, and hereby deny the writ.

**REHEARING DENIED;**
**LIMITED RECONSIDERATION GRANTED;**
**WRIT DENIED**